IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00206-BSM |
| v. | MOTION FOR CONTINUANCE OF HEARING |
| ANTHONY SANTOS GOMES, | |
| Defendant. | |

To:   Judge of the District Court, the clerk of court, and all parties of record:

Anthony Santos Gomes, by and through his attorney Bruce N. Ringstrom Jr., moves the Court for a continuance of the hearing currently scheduled before Chief Judge Brian S. Miller on May 14, 2018 at 3:00pm. Mr. Ringstrom will be in the middle of a three-week trial at that time. U.S. Attorney Christopher Myers, counsel for the government, has been informed of this motion and has no objection.

Mr. Ringstrom requests a hearing date of June 18th or after.

Dated April 30, 2018

Bruce N. Ringstrom, Jr.
ND Bar ID #08549
P.O. Box 853
Moorhead, MN  56561-0853
bruce@ringstromlaw.com
218-284-0484
Fax 218-236-6602